JFM:HE
File No. 2009A03835

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**                    :

                Plaintiff       :

      v.                                         :          CRIMINAL  NO.  08-CR-0598

**CEPHALON, INC,**                              :

             Defendant     :

## PRAECIPE TO SATISFY JUDGMENT

**TO THE CLERK**
United States District Court
Eastern District of Pennsylvania

Please mark the above captioned judgment satisfied.

LAURIE MAGID
Acting United States Attorney

JOSEPH F. MINNI
Assistant United States Attorney
PA ID No. 53241

Date: _____11/26/08_____